MRE.7385

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| REBECCA MCCOY HORRIGAN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MATTHEW MCCOY, DECEASED, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:16-cv-29 |
| v. | § § | |
| TRIPLE D SUPPLY, LLC; DOAK #28, LIMITED LIABILITY COMPANY; SOUTHWEST LEASING, LLC; AND JAY JOSEPH DILORENZO, | § § § § § | |
| Defendants. | § | |

<u>EXHIBIT A -</u>
<u>DEFENDANTS' NOTICE OF REMOVAL</u>







# Office of the Secretary of State

## Business Services Division

Login

Home | Lookup Corporations | Paper Forms | e-Filing User Guide | Help

Back to Search

| | |
|---|---|
| **Name** | TRIPLE D SUPPLY, LIMITED LIABILITY COMPANY |
| **In New Mexico, DBA** | |
| **Type** | Domestic Limited Liability Company |
| **Good Standing Status:** | |

**Filing Information**

| | |
|---|---|
| Corp # | 2593077 |
| Status | Exempt |
| Date of Incorporation | Jun-06-2005 |
| State of Incorporation | NM |
| Fiscal Year Date | |
| Report Duedate | |

**Address Information**

1. Corp Mailing Address
   350 CRAWFORD BLVD.
   LAS CRUCES, NM - 88007
2. Corp Mailing Address
   350 CRAWFORD BLVD.
   LAS CRUCES, NM - 88007
3. Principal Place Of Business In NM
   1109 INDIANA AVENUE
   ALAMOGORDO, NM - 88310

**Agent Information**

REBEKAH A. SCOTT COURVOISIER
1109 INDIANA AVENUE,
ALAMOGORDO, NM - 88310

**Directors Information**

NO RECORD(S) FOUND

**Officers/Organizer Information**

1. Organizer - YARBRO, ROGER E.

**Instrument History**

1. Instrument

| | |
|---|---|
| Number | 2593077 |
| Filing Date | Jun-06-2005 |
| Type | Certificate Of Organization |
| Text | TRIPLE D SUPPLY, LIMITED LIABILITY COMPANY 4 PAGES PERPETUAL |

Back to Search

New Mexico Office of the Secretary of State, Version 0.0.7.2

# Office of the Secretary of State

## Business Services Division

Login

Home Lookup Corporations Paper Forms e-Filing User Guide Help

Back to Search

**Name** DOAK #28, LIMITED LIABILITY COMPANY
**In New Mexico, DBA**
**Type** Domestic Limited Liability Company
**Good Standing Status:**

**Filing Information**

| | |
|---|---|
| Corp # | 1728799 |
| Status | Exempt |
| Date of Incorporation | May-03-1995 |
| State of Incorporation | NM |
| Fiscal Year Date | |
| Report Duedate | |

**Address Information**

1. Corp Mailing Address
   715 EAST IDAHO BLDG 2 STE D
   LAS CRUCES, NM - 88005
2. Corp Mailing Address
   350 CRAWFORD
   LAS CRUCES, NM - 88005
3. Principal Place Of Business In NM
   1109 INDIANA AVENUE
   ALAMOGORDO, NM - 88310

**Agent Information**

REBEKAH A SCOTT COURVOISIER
1109 INDIANA AVENUE,
ALAMOGORDO, NM - 88310

**Directors Information**

NO RECORD(S) FOUND

**Officers/Organizer Information**

1. Organizer - YARBRO, ROGER E

**Instrument History**

1. Instrument

| | |
|---|---|
| Number | 1728799 |
| Filing Date | May-03-1995 |
| Type | Certificate Of Organization |
| Text | DOAK #28, LIMITED LIABILITY COMPANY 12-31-2044 |

2. Instrument

| | |
|---|---|
| Number | 3288602 |
| Filing Date | Nov-24-2004 |
| Type | Certificate Of Amendment |
| Text | AMENDING ARTICLE B (REGISTERED OFFICE ADDRESS) AND ARTICLE C (DURATION IS PERPETUAL) (3 PG) |

Back to Search

New Mexico Office of the Secretary of State, Verison 0.0.7.2

# Office of the Secretary of State
## Business Services Division

Login

Home    Lookup Corporations    Paper Forms    e-Filing User Guide    Help

Back to Search

| | |
|---|---|
| Name | SOUTHWEST LEASING, LIMITED LIABILITY COMPANY |
| In New Mexico, DBA | |
| Type | Domestic Limited Liability Company |
| Good Standing Status: | |

### Filing Information

| | |
|---|---|
| Corp # | 1921089 |
| Status | Exempt |
| Date of Incorporation | Feb-27-1998 |
| State of Incorporation | NM |
| Fiscal Year Date | |
| Report Duedate | |

### Address Information

1. Corp Mailing Address
   305 CRAWFORD BLVD.
   LAS CRUCES, NM - 88005
2. Corp Mailing Address
   350 CRAWFORD BLVD.
   LAS CRUCES, NM - 88005
3. Principal Place Of Business In NM
   1109 INDIANA AVENUE
   ALAMOGORDO, NM - 88310

### Agent Information

REBEKAH A SCOTT COURVOISIER

1109 INDIANA AVENUE,
ALAMOGORDO, NM - 88310

### Directors Information

NO RECORD(S) FOUND

### Officers/Organizer Information

1. Organizer - YARBRO, ROGER E.

### Instrument History

1. Instrument
   Number    1921089
   Filing Date    Feb-27-1998
   Type    Certificate Of Organization
   Text    SOUTHWEST LEASING, LIMITED LIABILITY COMPANY DECEMBER 31, 2020

Back to Search

New Mexico Office of the Secretary of State, Verison 0.0.7.2